IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| FARMERS INSURANCE COMPANY, INC., | * |  |
|---|---|---|
| Plaintiff, | * |  |
| vs. | * | No. 4:16-cv-00258-SWW |
| ROBERT ALLEN FREDERICKSON and KELLI JO BROCK, | * |  |
| Defendants. | * |  |

## ORDER

In accordance with the Judgment [doc.#34] and Mandate [doc.#35] of the United States Court of Appeals for the Eighth Circuit, this action is hereby dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED this 27th day of September 2017.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE